UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_FILED_
_LODGED_ _____ _ENTERED_
_RECEIVED_
NOV - 7 2007

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

CHRIS RICKMAN

        Plaintiff,                **JURY TRIAL**

V.                                  CIVIL ACTION NO
                                  1:07CV2683 (WDQ)

LAW OFFICE OF SAM STREETER, PLLC.

Defendant.                      NOVEMBER 6, 2007


STIPULATION FOR DISMISSAL


    The plaintiff through his attorney Bernard T. Kennedy, stipulate that the claims in

the above entitled action shall be dismissed with prejudice, and without costs, subject to

approval of the Court.

                                  THE PLAINTIFF

                                  BY/S/Bernard T. Kennedy
                                  Bernard T. Kennedy, Esquire
                                  207 Miles River Court
                                  Odenton, MD 21113
                                  Ph  (410) 305-4000
                                  Fax (410) 305-4005
                                  Fed. Bar # Md26843
                                  bernardtkennedy@yahoo